UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED
OCT 0 5 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION 07-112-2-JBC

UNITED STATES OF AMERICA     PLAINTIFF

VS.     **ORDER**

WILLIE ARNETTE SMITH     DEFENDANT

\* \* \* \* \* \* \* \* \*

The Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Willie Arnette Smith be released from custody due to medical issues, under the following pretrial supervision conditions:

* Report as directed to the U.S. Probation Office
* Travel restricted to the ED/KY
* Obtain medical treatment as directed by a physician
* Refrain from possessing a firearm, destructive device or dangerous weapon
* Refrain from use of alcohol
* Refrain from use of narcotic drug unless prescribed by a licensed physician
* Submit to substance abuse testing
* Refrain from tampering with substance abuse testing
* Report any contact with law enforcement

This 5th day of October, 2007.

THE HONORABLE JAMES B. TODD
UNITED STATES MAGISTRATE JUDGE